**Order entered October 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00379-CR

### PEDRO RANGEL JR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-31321-Y**

## ORDER

The Court **GRANTS** appellant's October 22, 2014 motion to supplement the record.

We **ORDER** the Dallas County District Clerk to file a supplemental record, within

**FIFTEEN (15) DAYS** from the date of this order, that contains all pass slips and a bench

warrant.

/s/    ADA BROWN
          JUSTICE